Joseph C. Markowitz (SBN 146592)
**LAW OFFICES OF JOSEPH C. MARKOWITZ**
444 S. Flower Street, Suite 1750
Los Angeles, CA 90071
Telephone: (213) 437-1720
Facsimile: (213) 437-1721

Attorneys for Defendants

FILED
CLERK, U.S. DISTRICT COURT
AUG 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**CLOSED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASER DESIGN INTERNATIONAL, INC., a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>GMS Co. d/b/a Le-Neon.com; and Yuchi Huang,<br><br>    Defendants. | Case No. CV09-0399 CAS (PJWx)<br><br>**ORDER FOR ENTRY OF JUDGMENT** |

IT IS HEREBY ORDERED, that, pursuant to stipulation of the parties:

1. JUDGMENT may be entered in favor of plaintiff Laser Design International, Inc., and against Gloria Song d/b/a GMS Co. in the amount of $25,000.

Dated 8/19/10

_____
UNITED STATES DISTRICT JUDGE

1

M:\CLIENT\GMS\Pleadings\Order Stipulated Judgment.wpd